[No. 72791-5-I.   Division One.   March 14, 2016.]

*In the Matter of the Dependency of* M.M.M.

Appeal from a judgment of the Superior Court for Island County, No. 13-7-00159-7, Alan R. Hancock, J., entered November 18, 2014. *Affirmed* by unpublished opinion per Becker, J., concurred in by Spearman, C.J., and Schindler, J.

[No. 72796-6-I.   Division One.   March 14, 2016.]

*In the Matter of the Detention of* Lance B. Kleinman.

The State of Washington, *Respondent*, v. Lance B. Kleinman, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-03759-7, Bill Bowman, J., entered November 13, 2014. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Dwyer and Trickey, JJ.

[No. 72809-1-I.   Division One.   March 14, 2016.]

Daniel P. Thompson et al., *Appellants*, v. The City of Mercer Island, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-22512-1, Timothy A. Bradshaw, J., entered November 7, 2014. *Affirmed* by unpublished opinion per Becker, J., concurred in by Lau and Trickey, JJ. Now published at 193 Wn. App. 653.

[No. 72859-8-I.   Division One.   March 14, 2016.]

Christopher Parsons, *Appellant*, v. Estate of Helen Parsons et al., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-32318-4, Laura C. Inveen, J., entered November 21, 2014. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Schindler, JJ.